**2011–0327.   State ex rel. Lester v. Pepple.**
Auglaize App. No. 2–10–34. This cause is pending before the court as an appeal from the Court of Appeals for Auglaize County.

Upon consideration of appellee's motion to stay the filing of appellee's brief or extend time, it is ordered by the court that the motion is granted in part and this case is held for the court's decision in 2010-1007 and 2010-1372, *State v. Lester*, Auglaize App. No. 2-10-20.